IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Hillsman Jr, Daniel | Case Number: 07 B 16482 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 01/06/09 | Filed: 9/11/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: November 14, 2008
Confirmed: November 5, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 9,355.94 |  |
| Secured: |  | 114.18 |
| Unsecured: |  | 5,063.96 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,843.00 |
| Trustee Fee: |  | 520.82 |
| Other Funds: |  | 813.98 |
| Totals: | 9,355.94 | 9,355.94 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,843.00 | 2,843.00 |
| 2. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Illinois Title Loans | Secured | 0.00 | 0.00 |
| 4. | EMC Mortgage Corporation | Secured | 31,189.95 | 114.18 |
| 5. | Commonwealth Edison | Unsecured | 1,805.74 | 1,805.74 |
| 6. | Sir Finance Corporation | Unsecured | 1,472.00 | 1,472.00 |
| 7. | Nicor Gas | Unsecured | 1,214.67 | 1,214.67 |
| 8. | Cavalry Portfolio Services | Unsecured | 571.55 | 571.55 |
| 9. | AT&T Credit Management | Unsecured | | No Claim Filed |
| 10. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 11. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 12. | Capital One | Unsecured | | No Claim Filed |
| 13. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 14. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 15. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 20. | Northwest Collectors | Unsecured | | No Claim Filed |
| 21. | West Asset Management | Unsecured | | No Claim Filed |
| 22. | Omni Credit Service | Unsecured | | No Claim Filed |
| | | | $ 39,096.91 | $ 8,021.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Hillsman Jr, Daniel

Printed: 01/06/09

Case Number:  07 B 16482
Judge:  Hollis, Pamela S
Filed:  9/11/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 168.81 |
| 6.5% | 352.01 |
|  | $ 520.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

